UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TREVOR MANNY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:11-0806 |
| | ) | Judge Sharp |
| COMMISSIONER TENNESSEE | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On November 30, 2011, the Magistrate Judge entered a Report and Recommendation ("R & R") (Docket No. 34), recommending that Plaintiff's Motion for Preliminary Injunction (Docket No. 13) be denied because Plaintiff has failed to show a likelihood of success on the merits of his claim that he has been deprived of adequate medical care, and has failed to show that the failure to issue an injunction will cause him irreparable harm. Despite being specifically advised in the R & R that any objections to the R & R were to be filed within fourteen days, Plaintiff has filed no objections.

Having reviewed the matter in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommendation. Accordingly,

(1) The R & R (Docket No. 34) is hereby ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Preliminary Injunction (Docket No. 13) is hereby DENIED; and

(3) This case is returned to the Magistrate Judge for further pretrial case management.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE